SUBT
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
opancheri@santoronevada.com
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:  702/948-8771
Facsimile:   702/948-8773

*Attorneys for Defendants/Third-Party Plaintiffs
Panorama Towers I, LLC, Panorama Towers II, LLC,
Panorama Towers Mezz I, LLC, Sasson Hallier Properties, LLC,
Laurence Hallier, and Andrew Sasson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>PANORAMA TOWERS I, LLC, a Nevada limited liability company; PANORAMA TOWERS II, LLC, a Nevada limited liability company; PANORAMA TOWERS MEZZ I, LLC, a Nevada limited liability company; SASSON HALLIER PROPERTIES, LLC, a Nevada limited liability company; LAURENCE HALLIER, an individual; ANDREW SASSON, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br>                            Defendants. | CASE NO.:  2:11-CV-00189-GMN-GWF<br><br>SUBSTITUTION OF ATTORNEYS |

PANORAMA TOWERS I, LLC, a Nevada limited liability company; PANORAMA TOWERS II, LLC, a Nevada limited liability company; PANORAMA TOWERS MEZZ I,

LLC, a Nevada limited liability company; SASSON HALLIER PROPERTIES, LLC, a Nevada limited liability company; LAURENCE HALLIER, an individual; ANDREW SASSON, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,

          Third-Party Plaintiffs,

v.

PANORAMA TOWERS CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC., a Nevada non-profit corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,

          Third-Party Defendant.

Defendants PANORAMA TOWERS I, LLC, PANORAMA TOWERS II, LLC, PANORAMA TOWERS MEZZ I, LLC, SASSON HALLIER PROPERTIES, LLC, LAURENCE HALLIER, and ANDREW SASSON in the above-entitled action, hereby substitute and appoint OLIVER J. PANCHERI, ESQ. of the law firm of SANTORO WHITMIRE, 10001 Park Run Drive, Las Vegas, Nevada 89145, (702) 948-8771 as their attorney in the place and stead of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

DATED this __6__ day of ~~February~~ March, 2012.

PANORAMA TOWERS I, LLC

By: _____
Its: _Managing Partner_

PANORAMA TOWERS II, LLC

By: _____
Its: _Managing Partner_

PANORAMA TOWERS MEZZ I, LLC

By: _____
Its: Managing Partner

SASSON HALLIER PROPERTIES, LLC

By: _____
Its: Managing Partner

By: _____
LAURENCE HALLIER

By: _____
ANDREW SASSON

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON hereby consents to the substitution of the law firm of SANTORO WHITMIRE, as attorneys for PANORAMA TOWERS I, LLC, PANORAMA TOWERS II, LLC, PANORAMA TOWERS MEZZ I, LLC, SASSON HALLIER PROPERTIES, LLC, LAURENCE HALLIER, and ANDREW SASSON.

DATED this 7 day of March 2012.

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

_____
RONALD J. THOMPSON, ESQ.
Nevada Bar No. 5524
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

The law firm of SANTORO WHITMIRE is duly admitted to practice in this District. The law firm of SANTORO WHITMIRE hereby accepts substitution as attorneys for PANORAMA TOWERS I, LLC, PANORAMA TOWERS II, LLC, PANORAMA TOWERS MEZZ I, LLC, SASSON HALLIER PROPERTIES, LLC,

1  LAURENCE HALLIER, and ANDREW SASSON for all purposes in the above-entitled
2  action.
3     DATED this 7 day of March, 2012.

                                    SANTORO WHITMIRE

                                    _____
                                    OLIVER J. PANCHERI, ESQ.
                                    Nevada Bar No. 7476
                                    10001 Park Run Drive
                                    Las Vegas, Nevada 89145

                                    *Attorneys for Attorneys for Defendants/Third-Party Plaintiffs Panorama Towers I, LLC, Panorama Towers II, LLC, Panorama Towers Mezz I, LLC; Sasson Hallier Properties, LLC, Laurence Hallier, and Andrew Sasson*

Please check one: _X_ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated:   March 5, 2012

-4-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 7th day of ~~February~~ March, 2012 and pursuant to NRCP 5(b), I deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS**, postage prepaid and addressed to:

Kurt C. Faux, Esq.
Colin R. Chipman, Esq.
THE FAUX LAW GROUP
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Fax: 702/458-5794
*Attorneys for Plaintiff Developers Surety and Indemnity Company*

Sean Anderson, Esq.
Ryan Reed, Esq.
LEACH, JOHNSON, SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Fax: 702/538-9113
*Attorneys for Third-Party Defendants Panorama Towers Condominium Unit Owners' Association, Inc.*

/s/ Kim Cann
An employee of SANTORO WHITMIRE

- 5 -